IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUIS N. GONZALES,

        Petitioner,

vs.                                                            No. CIV 10-604 MCA/LFG

ERASMO BRAVO, Warden, et al.,

        Respondents

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING ACTION WITH PREJUDICE

     THIS MATTER comes before the Court on the Magistrate Judge's Findings and Recommended Disposition [Doc. 11], filed September 29, 2010. Petitioner did not file objections, and the time for doing so has elapsed. The Court accepts the Findings and Recommended Disposition.

     IT IS THEREFORE ORDERED that the Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.

     IT IS FURTHER ORDERED that the Petition is hereby dismissed and this action is dismissed with prejudice.

     SO ORDERED this 29th day of October, 2010, in Albuquerque, New Mexico.

                                                                                               UNITED STATES DISTRICT JUDGE